In Re: 20-cv-1129

Dear Clerk,                                                    1-10-2022

   I am in receipt of Judge Conley's opinion and order dated 1-5-2022.

   The institution recently had the National Guard here, testing us for viruses. Today, we have over 300 inmates who have tested positive. Due to this, and the lack of officers out with the virus, we've been placed on lockdown until further notice.

   This lockdown means "No" movement in the institution which all areas are closed. This includes access to the law library which I need to amend my complaint. The January 26th, 2022 deadline Judge Conley gave me is not enough given the circumstances I explained above.

   I respectfully request this matter be held in abayence until such time we are allowed to move about the institution. You can verify this lockdown by calling the institution at: 608 562-6400.

        Thank you for your time and consideration.


                                        Respectfully,

                                        Jeffrey L. Torkelson

                                        Jeffrey L. Torkelson #43545
                                        New Lisbon Correctional Inst.
                                        2000 Progress Rd.
                                        P.O. Box 2000
                                        New Lisbon, WI 53950-2000

Cc: File

DOC NO
REC'D/FILED
2022 JAN 13   AM 10: 17
PETER OPPENEER
CLERK US DIST COURT
WD OF WI