IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JEFFREY TORKELSON,

    Plaintiff,

  v.

MILE BLUFF MEDICAL CENTER,
GUNDERSON HEALTH CARE,
KEVIN A. CARR, DANIEL WINKLESKI,
ROSLYN HUNEKE, KARL HOFFMAN,
MINDY HAMS, BRANDON BIRDSIL,
KOREEN FRISK, LYNN DOBBERT,
CHRISTINE WAGNER and MARYAH
MARTIN,

    Defendants.

Case No. 20-cv-1129-wmc

## JUDGMENT IN A CIVIL CASE

    IT IS ORDERED AND ADJUDGED that judgment is entered dismissing this case without prejudice.

/s/
Peter Oppeneer, Clerk of Court

April 7, 2022
Date